to a speedy trial. We also point out that the time period from September 19, 1966, the date of the defendant's arraignment in Illinois, to April 20, 1967, the date on which the motion to dismiss was made, a delay of obviously more than 120 days, was caused by defendant's failure to show up in court on more than one occasion, which subsequently resulted in his being charged with bail jumping. For the foregoing reasons, we reject all of defendant's contentions and affirm the judgment of the Circuit Court of Cook County.

Judgment affirmed.

BURMAN, P. J., and MURPHY, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT E. LEE *et al.,* Defendants-Appellants.

(No. 53158; )

First District—January 11, 1971.

Opinion by Mr. JUSTICE GOLDBERG.

Michael H. Eiserman, of LaGrange, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Joseph Poduska, Assistant State's Attorneys, of counsel,) for the People.